


# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED U.S. DISTRICT COURT AUGUSTA DIV.

2013 JUN -6 PM 2 15

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| KEITH L. FERGUSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 313-027 |
| JASON MEDLIN, Warden, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 13). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** as a sanction for Plaintiff's abuse of the judicial process and for his failure to state a claim, and this civil action is **CLOSED**.

SO ORDERED this 6th day of June, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE